UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DUANE E ADAMS,

    Petitioner,

v.                                             Case No. 5:20cv50-RV-HTC

MARK INCH,

    Respondent.
_____/

**ORDER**

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 13) that this case should be transferred to the Middle District of Florida. The parties were given an opportunity to object, but no objections have been filed. Upon consideration, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 13) is adopted and incorporated by reference in this Order.

2. The Respondent's Motion to Transfer (ECF Doc. 8) is GRANTED.

3. The clerk is directed to transfer this case to the United States District Court for the Middle District of Florida and to close the file in the Northern District case.

**DONE AND ORDERED** this 16th day of July, 2020.

                     s/ Roger Vinson                                  /
                     **ROGER VINSON**
                     **SENIOR UNITED STATES DISTRICT JUDGE**